IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| **ERNEST HENDERSON,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) CIVIL ACTION NO. 4:16-CV-130 (MTT) |
| **TERESA TOMLINSON,** *et al.*, | ) ) ) |
| **Defendants.** | ) ) |

## ORDER

After the Court entered an order dismissing the Plaintiff's complaint without prejudice, the Clerk's office received the Plaintiff's "Stay Motion." (Doc. 5). In his motion, the Plaintiff "invokes" his right to counsel and requests a stay. (Doc. 5 at 3-5). To the extent the Plaintiff's motion can be construed as a motion to appoint counsel, it is **DENIED** because the Plaintiff has failed to show the existence of exceptional circumstances. *See Wahl v. McIver*, 773 F.2d 1169, 1174 (11th Cir. 1985). Because the Court dismissed the Plaintiff's complaint, the motion to stay is **MOOT**.

**SO ORDERED**, this 2nd of May, 2016.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT